IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| __NO__  INTERPRETER NEEDED | : | Initial Appearnce |
| | | |
| | | February 22, 2008 |
| Date of Arrest: 2/22/08 | : | ESR OPERATOR: Mike Owens |
| | | |
| UNITED STATES OF AMERICA | : | AUSA David Fritchey |
| | | |
| v. | : | Magistrate No: 08-215-M-2 |
| | | |
| THOMAS J. DEMILIO III | : | |
| | : | [] CJA Appointed |
| | | [] Retained |
| | | [] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, and for the reasons stated on the record in open court, the bail status as to the above-named defendant is as follows:

[X] The Government's Motion for Temporary Detention is Granted.  The defendant is detained pending a detention hearing and preliminary hearing are scheduled for Wednesday, February 27, 2008 at 1:30 p.m. in Courtroom 5B before Judge Restrepo.

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted.  See attached Order. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied.  See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release.  See attached Conditions of Release Order.

[] Other

[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.
[] PLEA:  NOT GUILTY TO ALL COUNT(S).  Counsel have 10 days to file pretrial motions.

BY:

  /s/ David R Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT   10  MINUTES**

*(Form Revised December, 2007)*